Elizabeth Holt v. Medicare Medicaid Advisors